**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| TYHESHA LETT, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : |
| v. | : : |
| WAUSAU UNDERWRITERS INSURANCE CO., a foreign corporation | : : : |
| Defendant. | : : |

CIVIL ACTION NO. _____

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1332, §1441 and §1446, Defendant, Wausau Underwriters Insurance Co., a foreign corporation ("Wausau"), hereby removes to the United States District Court for the District of New Jersey the case captioned TYHESHA LETT, individually and on behalf of all others similarly situated v. WAUSAU UNDERWRITERS INSURANCE CO., a foreign corporation, Civil Action No. MID-L–003991-20, Superior Court of New Jersey Law Division: Middlesex County, and, as grounds for removal states as follows:

1.  On or about June 26, 2020, Plaintiff Tyhesha Lett ("Lett") instituted suit by filing a Complaint against Wausau in the Superior Court of New Jersey Law Division: Middlesex County (Civil Action No. MIDL-L-003991-20). A copy of the Complaint is attached as Exhibit A.

2. On or about June 29, 2020, Plaintiff sent the Civil Action Summons and Complaint in this action to the New Jersey Commissioner of Banking and Insurance ("the Commissioner"), pursuant to Section 17:32-2(c), NJ Stat. Ann.

3. Thereafter, on July 1, 2020, the Commissioner forwarded a copy of the Summons and Complaint to Wausau's service agent. A copy of the CT Corporation Service of Process Transmittal is attached hereto as Exhibit B.

4. The basis for federal court jurisdiction is 28 U.S.C. §1711(2), §1332(d) and §1453, diversity of citizenship, which provides, in relevant part, that federal district courts have original jurisdiction of civil class actions between citizens of different states where the amount in controversy for class actions that exceeds $5,000,000, exclusive of interests and costs.

5. 28 U.S.C. § 1441(a) provides that: "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant… to the district court of the United States for the district and division embracing the place where such action is pending." The District Court of New Jersey embraces Middlesex County.

6. 28 U.S.C. § 1446(b) provides for removal to be made within 30 days following receipt of the initial pleading. The deadline to remove commenced from June 29, 2020, when Wausau actually received a copy of the initial pleading. *See Tucci v. Hartford Fin. Serv. Grp., Inc.*, 600 F. Supp. 2d 630, 632 (D.N.J. 2009).

7. This Notice is being filed within 30 days of receipt of the Summons and Complaint, Exhibit A, which was served upon Wausau on July 1, 2020, as provided by 28 U.S.C. § 1446(b).

8. Plaintiff, is and was domiciled in Edison, Middlesex County, New Jersey and was a New Jersey Resident at all times relevant to this lawsuit. Plaintiff seeks to represent a class of similarly situated residents in the state of New Jersey who were also insured by Wausau and suffered a total loss claim for a period of six years prior to the filing of her complaint. Plaintiff's complaint alleges that it is estimated that there are "thousands" of potential claimants. See paragraph 42 of the complaint which is attached as Exhibit A.

9. Defendant is and was, at all times relevant to this lawsuit, a corporation incorporated in Wisconsin, and with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts. Wausau is authorized by the New Jersey Department of Banking and Insurance to transact insurance in New Jersey and is subject to jurisdiction therein. Defendant is an entity within the Liberty Mutual brand of insuring entities.

10. Plaintiff seeks damages in excess of the jurisdictional minimum set forth in 28 U.S.C. § 1332(d)(2). See Exhibit A, Paragraphs 51-55 where Plaintiff identifies the amounts she seeks individually and on behalf of the whole class, a class which she estimates to be in the "thousands". Given the allegations made and potential number of claimants, compensatory damages, attorney's fees and costs associated with class actions of this size, the amount in controversy exceeds $5,000,000.

11. Pursuant to the requirements of 28 U.S.C. §1446(a), Wausau has attached a copy of all process, pleadings and orders served on it.

12. Pursuant to the requirements of 28 U.S.C. §1446(d), Wausau shall provide a copy of the Notice of Removal to Plaintiff and will file a certified copy of this

Notice with the Clerk of Courts of the Superior Court of New Jersey Law Division: Middlesex County.

13. Removal of Plaintiff's case to the United States District Court for the District of New Jersey is permitted under the circumstances of this case because all parties are citizens of different states and the amount in controversy exceeds $5,000,000, exclusive of interest and costs.

WHEREFORE, Defendant, Wausau Underwriters Insurance Company, prays that this action, TYHESHA LETT, individually and on behalf of all others similarly situated v. WAUSAU UNDERWRITERS INSURANCE CO., a foreign corporation, Civil Action No. MID-L–003991-20, Superior Court of New Jersey Law Division: Middlesex County, be removed to the United States District Court for the District of New Jersey.

                BUTLER WEIHMULLER KATZ CRAIG LLP

                s/ Richard D. Gable, Jr.
                RICHARD D. GABLE, JR., ESQ.
                rgable@butler.legal
                1818 Market Street, Suite 2740
                Philadelphia, PA  19103
                Telephone:  (215) 405-9191
                Facsimile:   (215) 405-9190
                *Attorneys for Defendant,*
Dated: July 29, 2020     *Wausau Underwriters Insurance Company*

## CERTIFICATE OF SERVICE

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Notice of Removal has been served on the following counsel of record via the Court's Electronic Court Filing system, on this 29h day of July, 2020:

Kelly Magnus Purcaro, Esq.
A.Y. STRAUSS, LLC
101 Eisenhower Parkway, Suite 412
Roseland, NJ  07068
*Attorney for the Plaintiff*

s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYHESHA LETT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>WAUSAU UNDERWRITERS INSURANCE CO., a foreign corporation<br><br>                    Defendant. | :<br>:<br>:    CIVIL ACTION NO. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **PROOF OF FILING**

I, Richard D. Gable, Jr., hereby certify that a copy of the foregoing Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Middlesex County, immediately upon receipt of the Electronic Court Filing notice from the United States District Court for the District of New Jersey.

                        BUTLER WEIHMULLER KATZ CRAIG LLP

                        s/ Richard D. Gable, Jr.
                        RICHARD D. GABLE, JR., ESQ.
                        rgable@butler.legal
                        1818 Market Street, Suite 2740
                        Philadelphia, PA  19103
                        Telephone:  (215) 405-9191
                        Facsimile:   (215) 405-9190
                        *Attorneys for Defendant,*
                        *Wausau Underwriters Insurance Company*

Dated:  July 29, 2020